UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 19 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                      DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   vs.<br><br>SALVADOR ALCANTAR-BACA,<br><br>                    Defendant. | CASE NO. 11CR2846-~~BTM~~<br><br><br>JUDGMENT OF DISMISSAL |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

8:1326(a) and (b)

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 17, 2011

                                    _/s/ John P. Cooney_
                                    JOHN P. COONEY
                                    UNITED STATES MAGISTRATE JUDGE